```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )        4:06CR3002
         v.                    )
                               )
OMAR ADAN CARLOS-DELGADO,      )
                               )           ORDER
              Defendant.       )
                               )
```

Attorney Bryan E. Smith, Jr. has entered an appearance for defendant.

IT THEREFORE HEREBY IS ORDERED,

The motion of Julie B. Hansen to withdraw as counsel of record for defendant, filing 23, is granted.

DATED this 11th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge